UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: SANDERS, DANIEL P.<br>SANDERS, LYNN M.<br><br>Debtor(s) STOCKWELL, LYNN M. | § Case No. 11-10824<br>§<br>§<br>§ |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/02/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/09/2011     By: /s/BRADLEY J. WALLER
                                           Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SANDERS, DANIEL P.      §   Case No. 11-10824
       SANDERS, LYNN M.      §
                                      §
Debtor(s) STOCKWELL, LYNN M.      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 7,000.08 |
| *and approved disbursements of* | $ 4.32 |
| *leaving a balance on hand of* [1] | $ 6,995.76 |
| **Balance on hand:** | $ 6,995.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 6,995.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BRADLEY J. WALLER | 760.55 | 0.00 | 760.55 |
| Trustee, Expenses - BRADLEY J. WALLER | 78.50 | 0.00 | 78.50 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ | 839.05 |
| Remaining balance: | $ | 6,156.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,156.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,156.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,194.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA Card Services, NA/Bank of America | 2,194.43 | 0.00 | 2,194.43 |

Total to be paid for timely general unsecured claims: $ 2,194.43
Remaining balance: $ 3,962.28

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 3,962.28

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 3,962.28

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $4.39. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $3,957.89.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Daniel P. Sanders
Lynn M. Sanders
    Debtors

Case No. 11-10824-BWB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: choward     Page 1 of 1     Date Rcvd: Apr 15, 2011
                        Form ID: ntcftfc7  Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2011.
db/jdb    +Daniel P. Sanders,    Lynn M. Sanders,    25141 Colligan Street,    Manhattan, IL 60442-1413
aty       +John A Reed,    John A Reed Ltd,    63 W Jefferson St  #200,    Joliet, IL 60432-4335
tr        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
            Sycamore, IL 60178-3140
16965171  +Amer Education Svcs/Suntrust Bank,    Po Box 2461,    Harrisburg, PA 17105-2461
16965174  +Mandy Sanders,    3447 Hillcrest # 3,    Dubuque, IA 52002-3834
16965175  +Wells Fargo Bank N.A.,    Pierce & Associates P.C.,    1 North Dearborn Suite 1300,
            Chicago, IL 60602-4373

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16965172   +EDI: BANKAMER.COM Apr 15 2011 21:48:00      Bank of America,    P. O. Box 15026,
            Wilmington, DE 19850-5026
16965173    EDI: CAPITALONE.COM Apr 15 2011 21:48:00      Capital One Services,    P.O. Box 30285,
            Salt Lake City, UT 84130-0285
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2011          Signature:  *Joseph Speetjens*

United States Bankruptcy Court
Northern District of Illinois

In re:
Daniel P. Sanders
Lynn M. Sanders
    Debtors

Case No. 11-10824-BWB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: mrahmoun      Page 1 of 1      Date Rcvd: Aug 09, 2011
                       Form ID: pdf006     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2011.
```
db/jdb     +Daniel P. Sanders,   Lynn M. Sanders,   25141 Colligan Street,   Manhattan, IL 60442-1413
aty        +John A Reed,   John A Reed Ltd,   63 W Jefferson St   #200,   Joliet, IL 60432-4335
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
16965171   +Amer Education Svcs/Suntrust Bank,   Po Box 2461,   Harrisburg, PA 17105-2461
16965172   +Bank of America,   P. O. Box 15026,   Wilmington, DE 19850-5026
16965173    Capital One Services,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
16965174   +Mandy Sanders,   3447 Hillcrest # 3,   Dubuque, IA 52002-3834
16965175   +Wells Fargo Bank N.A.,   Pierce & Associates P.C.,   1 North Dearborn Suite 1300,
             Chicago, IL 60602-4373
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17549216      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2011 02:36:24
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2011**          **Signature:** *Joseph Speetjens*